# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ☑  USAO No.: _____  Case No.: **M-20-542-STE**

Charging Document: **Complaint**   No. of Defendants: **1**   Total No. of Counts: **2**   Sealed: Y ☑

Forfeiture: Y ☐  N ☑   OCDETF: Y ☐  N ☑   Warrant: ☑   Summons: ☐   Notice: ☐   N ☐

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**                                           By: **ah**

| Name: **JORGE LUIS VILLARREAL** | |
|---|---|
| Alias(es): | Address: |
| | FBI No.: |
| DOB: xx-xx-1979   SSN: | Race: Hispanic   Interpreter: Y ☐  N ☑ |
| Sex: M ☑  F ☐   Juvenile: Y ☐  N ☐ | Language/Dialect: |

**DEFENDANT STATUS/RECOMMENDATION:**     **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

| ☑ Not in Custody   ☑ Detention Requested | Complaint: Y ☐  N ☑ |
|---|---|
| ☐ Type of Bond: _____ | Magistrate Judge Case No.: MJ- |
| ☐ In Custody at: _____ | Previously Detained: Y ☐  N ☐ |
| Inmate/Prisoner/Register No.: _____ | |

**ATTORNEY/AGENCY INFORMATION:**

| ☐ Public Defender   Name: _____ | AUSA: Ashley L. Altshuler |
|---|---|
| ☐ CJA Panel         Address: _____ | Agent/Agency: ATF |
| ☐ Retained          Phone: _____ | Local Officer/Agency: _____ |

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 922(a)(1)(A) | Dealing in firearms Without a License | NMT 10 yrs. imprisonment; $250,000 fine; O/B; NMT 3 yrs. S/R; $100 SA |
| 2 | 18 U.S.C. § 924(n) | Traveling Interstate to Deal Firearms Without a License | NMT 10 yrs. imprisonment; $250,000 fine; O/B; NMT 3 yrs. S/R; $100 SA |

Signature of AUSA: *[signature]*     Date: 11-2-20

3/19