Redacted SLP

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Case No.: **CR 20-317**

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____

Charging Document: **Indictment**   No. of Defendants: 3   Total No. of Counts: 7   Sealed: Y ☑ N ☐

Forfeiture: Y ☑ N ☐   OCDETF: Y ☐ N ☑   Warrant: ☐   Summons: ☐   Notice: ☑

Companion Case No. (if any): _____

By: **BK**

**DEC 0 2 2020**

### DEFENDANT INFORMATION:

| | |
|---|---|
| Name: **JORGE LUIS VILLARREAL** | Address: |
| Alias(es): | FBI No.: |
| DOB: 1979   SSN:   Race: Hispanic | Interpreter: Y ☐ N ☑ |
| Sex: M ☑ F ☐   Juvenile: Y ☐ N ☑ | Language/Dialect: English |

### DEFENDANT STATUS/RECOMMENDATION:

☑ Not in Custody   ☐ Detention Requested
☑ Type of Bond: Unsecured
☐ In Custody at: _____
Inmate/Prisoner/Register No.: _____

### PRIOR MAGISTRATE JUDGE PROCEEDINGS:

Complaint: Y ☑ N ☐
Magistrate Judge Case No.: MJ- 20-542-STE
Previously Detained: Y ☐ N ☑

### ATTORNEY/AGENCY INFORMATION:

☑ Public Defender   ☐ CJA Panel   ☐ Retained

Name: Julia Summers
Address: 215 Dean A. McGee, Room 109, Oklahoma City, OK 73102
Phone: (405) 609-5930

AUSA: Stanley J. West
Agent/Agency: ATF
Local Officer/Agency: _____

**RECEIVED DEC 0 2 2020 Clerk, U.S. District Court WEST.DIST.OF OKLA.**

### CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy to Deal Firearms Without a License | NMT 5 yrs. imprisonment; $250,000 fine; NMT 3 yrs. S/R; $100 S/A |
| 4, 7 | 18 U.S.C. § 924(n) | Traveling Interstate to Deal Firearms Without a License | NMT 10 yrs. imprisonment; $250,000; O/B; NMT 3 yrs. S/R; and $100 S/A |
| Forfeiture Allegations | 18 U.S.C. § 924(d) <br> 28 U.S.C. § 2461(c) | Criminal forfeiture | |

Signature of AUSA: _/s/_     Date: 12/01/2020

3/19