# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

*Redacted SLP*

**CR 20-317**

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____   Case No.: _____

Charging Document: **Indictment**   No. of Defendants: __3__   Total No. of Counts: __7__   Sealed: Y ☑

Forfeiture: Y ☑   OCDETF: Y ☐   Warrant: ☑   Summons: ☐   Notice: ☐   N ☐
N ☐                N ☑   Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: **BK**

| Name: **RICHARD CLINTON POND** | | DEC 0 2 2020 |
|---|---|---|
| Alias(es): | Address: | |
| | FBI No.: | |
| DOB: XX/XX/1971 | SSN: XXX-XX-6039 | Race: White | Interpreter: Y ☐ N ☑ |
| Sex: M ☑ F ☐ | Juvenile: Y ☐ N ☑ | Language/Dialect: English | |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☑ Not in Custody    ☐ Detention Requested   Complaint: Y ☐ N ☑
☑ Type of Bond: Unsecured                   Magistrate Judge Case No.: MJ-
☐ In Custody at: _____                   Previously Detained: Y ☐ N ☐
   Inmate/Prisoner/Register No.: _____

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: _____          AUSA: **STANLEY J. WEST**
☐ CJA Panel         Address: _____       Agent/Agency: **ATF**
☐ Retained          Phone: _____          Local Officer/Agency: _____

**RECEIVED DEC 0 2 2020**
Clerk, U.S. District Court
WEST. DIST. OF OKLA.

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy to Deal Firearms Without a License | NMT 5 yrs. imprisonment; $250,000 fine; NMT 3 yrs. S/R; $100 S/A |
| 3 | 18 U.S.C. § 922(a)(6) | False Statement in Acquisition of a Firearm | NMT 10 yrs. imprisonment; $250,000; O/B; NMT 3 yrs. S/R; and $100 S/A |
| 5 | 18 U.S.C. § 922(a)(5) | Unlawful Sale of Firearm to an Out-of-State Resident | NMT 5 yrs. imprisonment; $250,000; O/B; NMT 3 yrs. S/R; and $100 S/A |
| Forfeiture Allegations | 18 U.S.C. § 924(d)   28 U.S.C. § 2461(c) | Criminal forfeiture | |

Signature of AUSA: _____   Date: 12/01/2020

3/19