# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Redacted SLP

Case No.: **CR 20-317**

Petty ☐  Misdemeanor ☐  Felony ☑  USAO No.: _____  Case No.: _____

Charging Document: **Indictment**   No. of Defendants: 3   Total No. of Counts: 7   Sealed: Y ☑

Forfeiture: Y ☑  N ☐   OCDETF: Y ☐  N ☑   Warrant: ☑   Summons: ☐   Notice: ☐   N ☐

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: **BK**   DEC 0 2 2020

| | |
|---|---|
| Name: **CORY LEE JUMP** | |
| Alias(es): | Address: |
| | FBI No.: |
| DOB: 1970   SSN: xxx-xx-5636 | Race: White   Interpreter: Y ☐  N ☑ |
| Sex: M ☑  F ☐   Juvenile: Y ☐  N ☑ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☑ Not in Custody   ☐ Detention Requested
☑ Type of Bond: Unsecured
☐ In Custody at: _____
Inmate/Prisoner/Register No.: _____

Complaint: Y ☐  N ☑
Magistrate Judge Case No.: MJ-_____
Previously Detained: Y ☐  N ☐

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: _____
☐ CJA Panel        Address: _____
☐ Retained         Phone: _____

AUSA: **STANLEY J. WEST**
Agent/Agency: **ATF**
Local Officer/Agency: _____

RECEIVED DEC 0 2 2020
Clerk, U.S. District Court
WEST. DIST. OF OKLA.

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy to Deal Firearms Without a License | NMT 5 yrs. imprisonment; $250,000 fine; NMT 3 yrs. S/R; $100 S/A |
| 2 | 18 U.S.C. § 922(a)(1)(A) | Unlawful Dealing in Firearms | NMT 5 yrs. imprisonment; $250,000 fine; NMT 3 yrs. S/R; $100 S/A |
| 6 | 18 U.S.C. § 1001(a)(2) | False Statement or Representation to an Agency of the United States | NMT 5 yrs. imprisonment; $250,000 fine; NMT 3 yrs. S/R; $100 S/A |
| Forfeiture Allegations | 18 U.S.C. § 924(d)  28 U.S.C. § 2461(c) | Criminal Forfeiture | |

Signature of AUSA: _____   Date: 12/01/2020

3/19