IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-20-317-SLP |
| ) | |
| JORGE LUIS VILLARREAL, ) | |
| ) | |
| Defendant. ) | |

## ORDER
(*RE*: Docket Entry No. 78)

The Defendant, Jorge Luis Villarreal, has filed a motion requesting a temporary modification of Condition 7(f) of the Order Setting Conditions of Release to enable him to travel to Mexico for a family event. This Court previously granted similar travel requests for medical reasons, without objection from his Pretrial Services officer and counsel for the Government. As before, counsel for the Government and the Pretrial Services officer do not oppose this request.

Finding the request reasonable and the risks mitigable, the Court hereby GRANTS the motion. Accordingly, Condition 7(f) of the Order Setting Conditions of Release is modified to allow the Defendant to travel to Mexico June 4-6, 2021, and only within these dates, for the limited purpose stated. The defendant is directed to notify his counsel upon his return, without delay.

IT IS SO ORDERED this 24th day of May, 2021.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE